ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

| STATE OF ALABAMA, | ) | |
|---|---|---|
| Plaintiff/Appellant, | ) | |
| vs. | ) | NO. 25-5206 |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) | |
| Defendants/Appellees. | ) | |

**APPELLANT STATE OF ALABAMA'S**
**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

In accordance with D.C. Circuit Rule 28(a)(1) and this Court's Docketing Notice, Appellant State of Alabama certifies as follows:

## A. Parties and Amici

1. Plaintiff below and Appellant here is the State of Alabama.

2. Defendants below and Appellees here are:

    a. Defendant-Appellee United States Army Corps of Engineers;

b. Defendant-Appellee Daniel Driscoll, in his official capacity as Secretary of U.S. Army (automatically substituted under Rule 43(c));

c. Defendant-Appellee D. Lee Forsgren, in his official capacity as Acting Assistant Secretary of U.S. Army for Civil Works (automatically substituted under Rule 43(c));

d. Defendant-Appellee Lieutenant General William H. "Butch" Graham, Jr., in his official capacity as Commander and Chief of Engineers for U.S. Army Corps of Engineers (automatically substituted under Rule 43(c));

e. Defendant-Appellee Brig. Gen. Zachary L. Miller, in his official capacity as Division Commander for South Atlantic Division of U.S. Army Corps of Engineers (automatically substituted under Rule 43(c));

f. Defendant-Appellee Col. Jeremy J. Chapman, in his official capacity as District Commander for Mobile District of U.S. Army Corps of Engineers;

g. Intervenor Defendant-Appellee State of Georgia;

      h.      Intervenor Defendant-Appellee Cobb County-Marietta Water Authority; and

      i.      Intervenor-Appellant Atlanta Regional Commission.

3.      Amicus below was the Alabama Municipal Electric Authority.

4.      Other Plaintiffs below were:

      a.      Plaintiff Alabama Power Company;

      b.      Plaintiff-Intervenor Water Works & Sanitary Sewer Board of the City of Montgomery, Alabama; and

      c.      Plaintiff-Intervenor Lake Martin Resource Association, Inc.

**B.**    **Rulings under Review**

The ruling of the district court (AliKhan, J.) under review is the March 31, 2025 Order and Final Judgment (Doc. 170) and March 31, 2025 Memorandum Opinion (Doc. 169) granting all Defendants' cross-motions for summary judgment and denying Plaintiff State of Alabama's motion for summary judgment on the claims in Plaintiff State of Alabama's supplemental complaint.

C.   **Related Cases**

This appeal arises out of *State of Alabama v. United States Army Corps of Engineers*, No. 1:15-cv-00696-LLA (D.D.C.). That case was consolidated with *Alabama Power Company v. United States Army Corps of Engineers*, No. 1:15-cv-00699-EGS (D.D.C.). The case on review has not previously been before this Court or any other appellate court. Counsel is not aware of any related cases.

Respectfully submitted,

s/ John C. Neiman, Jr.
Attorney for Appellant
State of Alabama

**OF COUNSEL:**

| | |
|---|---|
| Edmund Lacour, Solicitor General | John C. Neiman, Jr. |
| OFFICE OF THE ATTORNEY GENERAL | MAYNARD NEXSEN PC |
| OF THE STATE OF ALABAMA | 1901 Sixth Avenue N, Suite 1700 |
| 501 Washington Avenue | Birmingham, AL 35203 |
| Montgomery AL 36104 | jneiman@maynardnexsen.com |
| elacour@ago.state.al.us | |

# CERTIFICATE OF SERVICE

I certify that on June 30, 2025, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. Counsel in the appeal are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

Respectfully submitted,

s/ John C. Neiman, Jr.
Attorney for Appellant
State of Alabama

**OF COUNSEL:**

Edmund Lacour, Solicitor General
OFFICE OF THE ATTORNEY GENERAL
OF THE STATE OF ALABAMA
501 Washington Avenue
Montgomery AL 36104
elacour@ago.state.al.us

John C. Neiman, Jr.
MAYNARD NEXSEN PC
1901 Sixth Avenue N, Suite 1700
Birmingham, AL 35203
jneiman@maynardnexsen.com