IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| | ) | |
| Plaintiff/Appellant, | ) | |
| | ) | |
| vs. | ) | NO. 25-5206 |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) | |
| | ) | |
| Defendants/Appellees. | ) | |

**APPELLANT STATE OF ALABAMA'S
STATEMENT OF ISSUES TO BE RAISED**

Appellant State of Alabama intends to raise the following issues on appeal:

I. Whether the Administrative Procedure Act called for the District Court to set aside the Corps of Engineers' 2021 Record of Decision reallocating storage space at Allatoona Lake without seeking congressional approval because the ROD exceeds the Corps' statutory authority and is not in accordance with the Water Supply Act of 1958; and

1

II. Whether the APA called for the District Court to set aside the 2021 ROD because the decision by the Corps to reallocate storage space at Allatoona Lake under the Water Supply Act without first seeking congressional approval was arbitrary, capricious, an abuse of discretion, or without procedure required by law.

Respectfully submitted,

s/ John C. Neiman, Jr.
Attorney for Appellant
State of Alabama

**OF COUNSEL:**

Edmund Lacour, Solicitor General
OFFICE OF THE ATTORNEY GENERAL
OF THE STATE OF ALABAMA
501 Washington Avenue
Montgomery AL 36104
(334) 242-7300
elacour@ago.state.al.us

John C. Neiman, Jr.
MAYNARD NEXSEN PC
1901 Sixth Avenue N, Suite 1700
Birmingham, AL 35203
(205) 254-1228
jneiman@maynardnexsen.com

## CERTIFICATE OF SERVICE

I certify that on June 30, 2025, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. Counsel in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

Respectfully submitted,

s/ John C. Neiman, Jr.
Attorney for Appellant
State of Alabama

**OF COUNSEL:**

Edmund Lacour, Solicitor General
OFFICE OF THE ATTORNEY GENERAL
OF THE STATE OF ALABAMA
501 Washington Avenue
Montgomery AL 36104
(334) 242-7300
elacour@ago.state.al.us

John C. Neiman, Jr.
MAYNARD NEXSEN PC
1901 Sixth Avenue N, Suite 1700
Birmingham, AL 35203
(205) 254-1228
jneiman@maynardnexsen.com