# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 25-5206**  September Term, 2025

1:15-cv-00696-LLA

Filed On: November 21, 2025 [2146565]

State of Alabama, Alabama State Capitol,

    Appellant

Alabama Power Company, et al.,

    Appellees

    v.

United States Army Corps of Engineers, et al.,

    Appellees

# O R D E R

Upon consideration of the joint motion to extend, it is

**ORDERED** that the motion be granted. Proposed briefing formats are now due January 26, 2026.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

        BY:    /s/
                Catherine J. Lavender
                Deputy Clerk