**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| | ) | |
| Plaintiff/Appellant, | ) | |
| | ) | |
| vs. | ) | NO. 25-5206 |
| | ) | |
| UNITED STATES ARMY | ) | |
| CORPS OF ENGINEERS, et al., | ) | |
| | ) | |
| Defendants/Appellees. | ) | |

**JOINT MOTION TO EXTEND**

The parties jointly move for the Court to extend all deadlines in this appeal by 60 days, including the June 26 deadline for the parties to submit proposed formats for the briefing of these cases. As grounds for this motion, the parties state that they are continuing to explore resolution of this appeal without adjudication. The parties respectfully suggest that the June 26 deadline to submit proposed formats for the briefing of these cases be extended to August 25, 2026. On or before that date, the parties will either submit the proposed formats for briefing or request further relief regarding scheduling for the appeal.

1

Respectfully submitted,

**FOR PLAINTIFF/APPELLANT STATE OF ALABAMA**

s/ John C. Neiman, Jr.
John C. Neiman, Jr.
D.C. Circuit Bar No. 53764
MAYNARD NEXSEN PC
1901 Sixth Avenue N, Suite 1700
Birmingham, AL 35203
jneiman@maynardnexsen.com

**FOR FEDERAL DEFENDANTS/APPELLEES**

/s/ Angela N. Ellis
ANGELA N. ELLIS
Attorney
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 305-0479
angela.ellis@usdoj.gov

**FOR INTERVENOR-DEFENDANT/APPELLEE STATE OF GEORGIA**

/s/ Shelly Jacobs Ellerhorst
SHELLY JACOBS ELLERHORST
Special Assistant Attorney General D.C. Cir. Bar No. 66257
JOHN C. ALLEN
Special Assistant Attorney General D.C. Cir. Bar No. 66241
KAZMAREK MOWREY CLOUD LASETER LLP
1200 Peachtree Street, NE, Suite 600
Atlanta, Georgia 30309
Telephone: (404) 812-0839
sellerhorst@kmcllaw.com
jallen@kmcllaw.com

**FOR INTERVENOR DEFENDANTS/APPELLEES ATLANTA RE-GIONAL COMMISSION AND COBB COUNTY-MARIETTA WA-TER AUTHORITY**

/s/ Lewis B. Jones
Lewis B. Jones
D.C. Circuit Bar No. 49383
John L. Fortuna
D.C. Circuit Bar No. 54139
Jones Fortuna LP
111 New Street, Suite A
Decatur, Georgia 30030
(404) 282-4725
ljones@jonesfortuna.com
jfortuna@jonesfortuna.com

## <u>CERTIFICATE OF COMPLIANCE</u>

1. This Joint Motion to Extend complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), the document contains 108 words.

2. This Joint Motion to Extend complies with the typeface requirements of Fed. R. App. P. 27(a)(1)(E) and 32(a)(6) because it is prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Respectfully submitted this 5th day of June, 2026.

<u>s/ John C. Neiman, Jr.</u>
John C. Neiman, Jr.
MAYNARD NEXSEN PC
1901 Sixth Avenue N, Suite 1700
Birmingham, AL 35203
jneiman@maynardnexsen.com

Counsel for Plaintiff-Appellant
State of Alabama