# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5206**                                    **September Term, 2025**

**1:15-cv-00696-LLA**

**Filed On: June 16, 2026** [2179161]

State of Alabama, Alabama State Capitol,

      Appellant

Alabama Power Company, et al.,

      Appellees

    v.

United States Army Corps of Engineers, et al.,

      Appellees

## O R D E R

Upon consideration of the joint motion to extend, it is

**ORDERED** that the motion be granted.  Proposed briefing formats are now due August 25, 2026.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

          BY:    /s/
                    Catherine J. Lavender
                    Deputy Clerk